# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1919
L.T. Case No. 05-2023-CA-043448

_____

NICHOLAS P. WINCH,

    Appellant,

    v.

NATIONSTAR MORTGAGE, LLC,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Brevard County.
George Thomas Paulk, II, Judge.

Nicholas P. Winch, Cocoa, pro se.

Charles P. Gufford, of McCalla Raymer Leibert Pierce, LLP, Orlando, and Daniel Cardenal, of Troutman Pepper Locke, LLP, West Palm Beach, and Alec P. Hayes, of Troutman Pepper Locke, LLP, Atlanta, GA, for Appellee.

August 19, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EDWARDS, and SOUD, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––